# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MULU BERHAN HAILE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV217 |
| | ) | |
| V. | ) | |
| | ) | |
| **ERIC HOLDER, U.S. Attorney General, JANET NAPOLITANO, Secretary, Department of Homeland Security, ROBERT S. MUELLER III, Director, Federal Bureau of Investigation, and MARILYN P. WILES, Nebraska Service Center Director, U.S. Citizenship and Immigration Services,** | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The United States of America has notified the court of the substitution of Laurie M. Barrett, Assistant United States Attorney, as counsel for Defendant United States of America (filing 15). Ms. Barrett is replacing Kristin B. Johnson, Assistant United States Attorney of the District of Washington.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court shall direct all future pleadings and correspondence to Laurie M. Barrett, Assistant U.S. Attorney, and Erik R. Quick, Trial Attorney, U.S. Department of Justice.

2. The Clerk shall terminate the appearance of Kristin B. Johnson as defense counsel.

3. The Clerk shall terminate future notices to Kristin B. Johnson in this matter.

**DATED June 21, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge